Sean P. Killeen, SBN 320644
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:   415.659.2600
Facsimile:   415.659.2601
Email:       skilleen@bakerlaw.com

Matthew D. Pearson, SBN 294302
WOMBLE BOND DICKINSON
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone:   714.557.3800
Facsimile:   714.557.3347
Email:       matthew.pearson@wbd-us.com

*Attorneys for Plaintiff*
JANIE & JACK LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIE & JACK LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>Diana Abbasi, et al.,<br><br>  Defendants. | Case No. 3:25-cv-01913-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**PLAINTIFF JANIE & JACK LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

# NOTICE OF VOLUNTARY DISMISSAL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Parties have reached an agreement that Defendants will not pursue arbitration but will instead litigate their claims through a class complaint. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Janie & Jack, LLC, hereby voluntarily dismisses this action without prejudice as to all Defendants.

Dated: May 23, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Sean P. Killeen*
    Sean P. Killeen

*Attorneys for Plaintiff*
JANIE & JACK LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I caused the foregoing, Plaintiff Janie & Jack LLC's Notice of Voluntary Dismissal Without Prejudice, to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all parties of record.

By: */s/ Sean P. Killeen*
Sean P. Killeen